UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALD JOSEPH LOVOI,<br><br>       Plaintiff,<br><br>v.<br><br>HOLLYFRONTIER CORPORATION, et al.,<br><br>       Defendants, | Civil Action No. 1:21-cv-08805-CM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Gerald Joseph Lovoi ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 7, 2022

                                                         **ROWLEY LAW PLLC**

                                                         *S/ Shane T. Rowley*
                                                         Shane T. Rowley (SR-0740)
                                                         Danielle Rowland Lindahl
                                                         50 Main Street, Suite 1000
                                                         White Plains, NY 10606
                                                         Tel: (914) 400-1920
                                                         Fax: (914) 301-3514
                                                         Email: srowley@rowleylawpllc.com
                                                         Email: drl@rowleylawpllc.com

                                                         *Attorneys for Plaintiff*